# MEMORANDUM DECISIONS

## CASES WITHOUT OPINIONS

HENRY E. COOLIDGE, Admr., *vs.* REUEL SMITH, Admr.

Androscoggin County.   Decided June 24, 1914.   This is an action of trover to recover the value of certain personal property which plaintiff claims belonged to the estate of William C. Coombs and which the defendant claims belongs to the estate of Marcia G. Coombs. Plea, general issue. The jury returned a verdict for the defendant and the plaintiff filed a general motion for a new trial and also a motion for a new trial on newly discovered evidence. Both motions overruled. *Oakes, Pulsifer & Ludden,* for plaintiff. *Ralph W. Crockett,* for defendant.

JOHN STAPLETON *vs.* WILLIAM F. CURRAN.

Penobscot County.   Decided July 1, 1914.   Action to recover $500 which the plaintiff claims he loaned to defendant May 23, 1910. The jury returned a verdict for the plaintiff for $581.20, and the defendant filed a motion for a new trial. Motion sustained. *Fellows & Fellows,* for plaintiff.   *J. F. Gould,* for defendant.